# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: ZOIOPOULOS, LYNN Y | § Case No. 09-73371 |
| | § |
| AKA SHELTON-ZOI, LYNN | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 11, 2009. The undersigned trustee was appointed on October 14, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $         407,416.51

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 7,316.93 |
   | Administrative expenses | 79,098.14 |
   | Bank service fees | 885.17 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]    $ | 320,116.27 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 12/24/2009 and the deadline for filing governmental claims was 02/07/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $18,584.28. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $18,584.28, for a total compensation of $18,584.28.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/14/2011          By: /s/STEPHEN G. BALSLEY
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-73371  
**Case Name:** ZOIOPOULOS, LYNN Y  

**Trustee:** (330410)  STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 08/11/09 (f)  
**§341(a) Meeting Date:** 09/16/09  

**Period Ending:** 11/14/11  

**Claims Bar Date:** 12/24/09

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 4700 Bingham Drive, Upper, Pennsylvania, 15241   Debtor amended schedules - value $79,118.50 filed on September 25, 2009. | 120,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 50 East Bellevue, Chicago, IL   Debtor amended schedules - value $31,942.25. | 385,000.00 | 0.00 | DA | 172,284.37 | FA |
| 3 | Cash | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking account - City Bank | 700.00 | 0.00 | DA | 0.00 | FA |
| 5 | Checking account - Northern Trust | 100.00 | 0.00 | DA | 0.00 | FA |
| 6 | Landlord | 3,750.00 | 0.00 | DA | 0.00 | FA |
| 7 | Household goods and furnishings | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | China | 350.00 | 0.00 | DA | 0.00 | FA |
| 9 | Miscellaneous artwork (u)   Original scheduled value of $5,000.00.  Debtor amended schedules on 9/25/09. | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | Clothing | 150.00 | 0.00 | DA | 0.00 | FA |
| 11 | Furs and jewelry (u)   Original scheduled value of $1,200.00.  Debtor amended schedules on 9/25/09. | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | Digital camera | 150.00 | 0.00 | DA | 0.00 | FA |
| 13 | Video camera | 150.00 | 0.00 | DA | 0.00 | FA |
| 14 | IRA (u)   Original scheduled value of $27,000.00.  Debtor amended schedules on 9/25/09. | 23,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | 2004 325 CSI BMW | 18,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | 23 ft. Celebrity boat (1986) (1/2 interest) | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 17 | Two Serigraphs by Erte (u)   Settled pursuant to Order to Compromise Controversy entered May 2, 2011. | 20,000.00 | 5,000.00 | DA | 0.00 | FA |
| 18 | Disney Limited Edition print (u)   Settled pursuant to Order to Compromise Controversy entered May 2, 2011. | 600.00 | 600.00 | DA | 0.00 | FA |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 09-73371  
**Case Name:** ZOIOPOULOS, LYNN Y  

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 08/11/09 (f)  
**§341(a) Meeting Date:** 09/16/09  

**Period Ending:** 11/14/11  

**Claims Bar Date:** 12/24/09  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 19  Bronze sculpture by Erte (u)<br>    Settled pursuant to Order to Compromise Controversy entered May 2, 2011. | 9,000.00 | 5,000.00 | DA | 0.00 | FA |
| 20  Bronze sculpture by Erte (u)<br>    Settled pursant to Order to Compromise Controversy entered May 2, 2011. | 9,250.00 | 5,000.00 | DA | 0.00 | FA |
| 21  One Serigraph by Erte "Byzantine" (u)<br>    Settled pursuant to Order to Compromise Controversy entered May 2, 2011. | 11,500.00 | 5,000.00 | DA | 0.00 | FA |
| 22  Jim Buckles Serigraphs (u)<br>    Settled pursuant to Order to Compromise Controversy entered May 2, 2011. | 20,000.00 | 5,000.00 | DA | 0.00 | FA |
| 23  Antique Samari sword (u)<br>    Settled pursuant to Order to Compromise Controversy entered May 2, 2011. | Unknown | 10,000.00 | DA | 0.00 | FA |
| 24  Antique rifle and bayonette (u)<br>    Settled pursuant to Order to Compromise Controversy entered May 2, 2011. | Unknown | 500.00 | DA | 0.00 | FA |
| 25  Allianz annuity (u)<br>    Settled pursuant to Order to Compromise Controversy entered May 2, 2011. | 608,550.68 | 300,000.00 | DA | 235,000.00 | FA |
| 26  Potential cause of action against ex-husband (u) | 90,000.00 | 0.00 | DA | 0.00 | FA |
| 27  Chicago Bellevue property (u)<br>    See Asset #2 (duplicate). | 31,942.25 | 0.00 | DA | 0.00 | FA |
| 28  Pittsburgh property (u)<br>    See Asset #1 (duplicate). | 79,118.50 | 0.00 | DA | 0.00 | FA |
| Int  INTEREST (u) | Unknown | N/A | | 132.14 | FA |
| 29  Assets  Totals (Excluding unknown values) | $1,437,411.43 | $336,100.00 | | $407,416.51 | $0.00 |

**Major Activities Affecting Case Closing:**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 09-73371
**Case Name:** ZOIOPOULOS, LYNN Y

**Period Ending:** 11/14/11

**Trustee:** (330410) STEPHEN G. BALSLEY
**Filed (f) or Converted (c):** 08/11/09 (f)
**§341(a) Meeting Date:** 09/16/09
**Claims Bar Date:** 12/24/09

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** June 30, 2011        **Current Projected Date Of Final Report (TFR):** October 24, 2011 (Actual)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-73371  
**Case Name:** ZOIOPOULOS, LYNN Y

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****25-65 - Money Market Account

**Taxpayer ID #:** **-***9748  
**Period Ending:** 11/14/11

**Blanket Bond:** $373,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/02/09 | {2} | Ticor Title Insurance | Proceeds from sale of Bellevue property | 1110-000 | 172,284.37 | | 172,284.37 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 5.85 | | 172,290.22 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 7.26 | | 172,297.48 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 7.26 | | 172,304.74 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 6.79 | | 172,311.53 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 6.56 | | 172,318.09 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 7.73 | | 172,325.82 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 1.17 | | 172,326.99 |
| 04/06/10 | | Wire out to BNYM account 9200******2565 | Wire out to BNYM account 9200******2565 | 9999-000 | -172,326.99 | | 0.00 |

|  |  |  |  |  | ACCOUNT TOTALS | 0.00 | 0.00 | $0.00 |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Less: Bank Transfers | -172,326.99 | 0.00 | |
|  |  |  |  |  | **Subtotal** | **172,326.99** | **0.00** | |
|  |  |  |  |  | Less: Payments to Debtors | | 0.00 | |
|  |  |  |  |  | **NET Receipts / Disbursements** | **$172,326.99** | **$0.00** | |

{} Asset reference(s)     Printed: 11/14/2011 11:12 AM    V.12.57

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 09-73371  
**Case Name:** ZOIOPOULOS, LYNN Y  
**Taxpayer ID #:** **-***9748  
**Period Ending:** 11/14/11  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******25-65 - Money Market Account  
**Blanket Bond:** $373,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********2565 | Wire in from JPMorgan Chase Bank, N.A. account ********2565 | 9999-000 | 172,326.99 | | 172,326.99 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 8.26 | | 172,335.25 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 10.24 | | 172,345.49 |
| 06/07/10 | 11001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/07/2010 FOR CASE #09-73371 | 2300-000 | | 161.27 | 172,184.22 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 9.91 | | 172,194.13 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 10.24 | | 172,204.37 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 10.23 | | 172,214.60 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.24 | | 172,218.84 |
| 10/08/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 0.99 | | 172,219.83 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.39 | | 172,223.22 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.24 | | 172,227.46 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.38 | | 172,231.84 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.38 | | 172,236.22 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.96 | | 172,240.18 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.38 | | 172,244.56 |
| 04/11/11 | 11002 | Griffin, McCarthy & Rice, LLP | Distribution payment pursuant to Order for Summary Judgment | 3991-000 | | 60,000.00 | 112,244.56 |
| 04/11/11 | 11003 | Attorney Scott Tzinberg | Distribution payment pursuant to Order for Summary Judgment | 3991-000 | | 5,000.00 | 107,244.56 |
| 04/11/11 | 11004 | Attorney Jerry S. Goldberg | Distribution payment pursuant to Order for Summary Judgment | 3991-000 | | 5,734.00 | 101,510.56 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.52 | | 101,514.08 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.58 | | 101,516.66 |
| 05/31/11 | 11005 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #09-73371 | 2300-000 | | 111.62 | 101,405.04 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.83 | | 101,405.87 |
| 07/26/11 | {25} | Allianz Life Insurance Company of North America | Settlement proceeds re: Annuity | 1229-000 | 235,000.00 | | 336,405.87 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.18 | | 336,407.05 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 150.27 | 336,256.78 |
| 08/29/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 2.57 | | 336,259.35 |
| 08/29/11 | | To Account #9200******2566 | Transfer funds from MMA to Checking Account | 9999-000 | | 336,259.35 | 0.00 |
| 08/29/11 | 11006 | James D. Shelton-Zoiopoulos | Pittsburg property escrow funds distribution pursuant to Order for Summary Judgment | 2500-000 | | 4,561.20 | -4,561.20 |

Subtotals: $407,416.51  $411,977.71

{} Asset reference(s)

Printed: 11/14/2011 11:12 AM    V.12.57

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-73371  
**Case Name:** ZOIOPOULOS, LYNN Y  

**Taxpayer ID #:** **-***9748  
**Period Ending:** 11/14/11  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******25-65 - Money Market Account  
**Blanket Bond:** $373,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | entered January 3, 2011<br>Voided on 08/29/11 | | | | |
| 08/29/11 | 11006 | James D. Shelton-Zoiopoulos | Pittsburg property escrow funds distribution pursuant to Order for Summary Judgment entered January 3, 2011<br>Voided: check issued on 08/29/11 | 2500-000 | | -4,561.20 | 0.00 |
| 08/29/11 | 11007 | James D. Shelton-Zoiopoulos | Credit Line No. 3068 distribution pursuant to Order for Summary Judgment entered January 3, 2011<br>Voided on 08/29/11 | 4110-000 | | 3,303.88 | -3,303.88 |
| 08/29/11 | 11007 | James D. Shelton-Zoiopoulos | Credit Line No. 3068 distribution pursuant to Order for Summary Judgment entered January 3, 2011<br>Voided: check issued on 08/29/11 | 4110-000 | | -3,303.88 | 0.00 |
| 08/29/11 | 11008 | James D. Shelton-Zoiopoulos | Credit Line No. 5391 distribution pursuant to Order for Summary Judgment entered January 3, 2011<br>Voided on 08/29/11 | 4110-000 | | 2,873.31 | -2,873.31 |
| 08/29/11 | 11008 | James D. Shelton-Zoiopoulos | Credit Line No. 5391 distribution pursuant to Order for Summary Judgment entered January 3, 2011<br>Voided: check issued on 08/29/11 | 4110-000 | | -2,873.31 | 0.00 |
| 08/29/11 | 11009 | James D. Shelton-Zoiopoulos | PA property utilities and insurance expenses distribution pursuant to Order for Summary Judgment entered January 3, 2011<br>Voided on 08/29/11 | 2420-000 | | 551.02 | -551.02 |
| 08/29/11 | 11009 | James D. Shelton-Zoiopoulos | PA property utilities and insurance expenses distribution pursuant to Order for Summary Judgment entered January 3, 2011<br>Voided: check issued on 08/29/11 | 2420-000 | | -551.02 | 0.00 |
| 08/29/11 | 11010 | James D. Shelton-Zoiopoulos | School tax distribution pursuant to Order for Summary Judgment entered January 3, 2011<br>Voided on 08/29/11 | 2820-000 | | 550.24 | -550.24 |
| 08/29/11 | 11010 | James D. Shelton-Zoiopoulos | School tax distribution pursuant to Order for Summary Judgment entered January 3, 2011<br>Voided: check issued on 08/29/11 | 2820-000 | | -550.24 | 0.00 |
| 08/29/11 | 11011 | James D. Shelton-Zoiopoulos | Township tax distribution pursuant to Order for Summary Judgment entered January 3, 2011<br>Voided on 08/29/11 | 2820-000 | | 64.65 | -64.65 |
| 08/29/11 | 11011 | James D. Shelton-Zoiopoulos | Township tax distribution pursuant to Order for | 2820-000 | | -64.65 | 0.00 |

Subtotals :    $0.00    $-4,561.20

{} Asset reference(s)

Printed: 11/14/2011 11:12 AM    V.12.57

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 09-73371 | | **Trustee:** | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| **Case Name:** | ZOIOPOULOS, LYNN Y | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******25-65 - Money Market Account |
| **Taxpayer ID #:** | **-***9748 | | **Blanket Bond:** | $373,000.00 (per case limit) |
| **Period Ending:** | 11/14/11 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Summary Judgment entered January 3, 2011<br>Voided: check issued on 08/29/11 | | | | |
| | | | ACCOUNT TOTALS | | 407,416.51 | 407,416.51 | $0.00 |
| | | | Less: Bank Transfers | | 172,326.99 | 336,259.35 | |
| | | | **Subtotal** | | 235,089.52 | 71,157.16 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$235,089.52** | **$71,157.16** | |

{} Asset reference(s)

Printed: 11/14/2011 11:12 AM V.12.57

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 09-73371 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | ZOIOPOULOS, LYNN Y | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******25-66 - Checking Account |
| Taxpayer ID #: | **-***9748 | | Blanket Bond: | $373,000.00   (per case limit) |
| Period Ending: | 11/14/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/29/11 | | From Account #9200******2565 | Transfer funds from MMA to Checking Account | 9999-000 | 336,259.35 | | 336,259.35 |
| 08/29/11 | 101 | James D. Shelton-Zoiopoulos | Pittsburg property escrow funds distribution pursuant to Order for Summary Judgment entered January 3, 2011 | 2500-000 | | 4,561.20 | 331,698.15 |
| 08/29/11 | 102 | James D. Shelton-Zoiopoulos | Credit Line No. 3068 distribution pursuant to Order for Summary Judgment entered January 3, 2011 | 4110-000 | | 3,303.88 | 328,394.27 |
| 08/29/11 | 103 | James D. Shelton-Zoiopoulos | Credit Line No. 5391 distribution pursuant to Order for Summary Judgment entered January 3, 2011 | 4110-000 | | 2,873.31 | 325,520.96 |
| 08/29/11 | 104 | James D. Shelton-Zoiopoulos | PA property utilities and insurance expenses distribution pursuant to Order for Summary Judgment entered January 3, 2011 | 2420-000 | | 551.02 | 324,969.94 |
| 08/29/11 | 105 | James D. Shelton-Zoiopoulos | School tax distribution pursuant to Order for Summary Judgment entered January 3, 2011 | 2820-000 | | 550.24 | 324,419.70 |
| 08/29/11 | 106 | James D. Shelton-Zoiopoulos | Township tax distribution pursuant to Order for Summary Judgment entered January 3, 2011 | 2820-000 | | 64.65 | 324,355.05 |
| 08/29/11 | 107 | James D. Shelton-Zoiopoulos | Pittsburg assessment Judgment distribution pursuant to Order for Summary Judgment entered January 3, 2011 | 4110-000 | | 351.00 | 324,004.05 |
| 08/29/11 | 108 | James D. Shelton-Zoiopoulos | Pittsburgh property mortgage distribution pursuant to Order for Summary Judgment entered January 3, 2011 | 4110-000 | | 788.74 | 323,215.31 |
| 08/29/11 | 109 | James D. Shelton-Zoiopoulos | Metro Restoration distribution pursuant to Order for Summary Judgment entered January 3, 2011 | 2420-000 | | 2,364.14 | 320,851.17 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 46.06 | 320,805.11 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 688.84 | 320,116.27 |
| | | | ACCOUNT TOTALS | | 336,259.35 | 16,143.08 | $320,116.27 |
| | | | Less: Bank Transfers | | 336,259.35 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 16,143.08 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $16,143.08 | |

{} Asset reference(s)

Printed: 11/14/2011 11:12 AM    V.12.57

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| | |
|---|---|
| **Case Number:** 09-73371 | **Trustee:** STEPHEN G. BALSLEY (330410) |
| **Case Name:** ZOIOPOULOS, LYNN Y | **Bank Name:** The Bank of New York Mellon |
| | **Account:** 9200-******25-66 - Checking Account |
| **Taxpayer ID #:** **-***9748 | **Blanket Bond:** $373,000.00  (per case limit) |
| **Period Ending:** 11/14/11 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****25-65** | 172,326.99 | 0.00 | 0.00 |
| **MMA # 9200-******25-65** | 235,089.52 | 71,157.16 | 0.00 |
| **Checking # 9200-******25-66** | 0.00 | 16,143.08 | 320,116.27 |
| | $407,416.51 | $87,300.24 | $320,116.27 |

## Claims Proposed Distribution

### Case:  09-73371   ZOIOPOULOS, LYNN Y

**Case Balance:** $320,116.27     **Total Proposed Payment:** $320,116.27     **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 12S | James Shelton Zoiopoulos | Secured | 345,000.00 * | 0.00 | 0.00 | 0.00 | 0.00 | 320,116.27 |
|  | Barrick, Switzer, Long, Balsley & Van Evera | Admin Ch. 7 | 11.63 | 11.63 | 0.00 | 11.63 | 11.63 | 320,104.64 |
|  | <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
|  | Barrick, Switzer, Long, Balsley & Van Evera | Admin Ch. 7 | 250.00 | 250.00 | 0.00 | 250.00 | 250.00 | 319,854.64 |
|  | <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
|  | Barrick, Switzer, Long, Balsley & Van Evera | Admin Ch. 7 | 250.00 | 250.00 | 0.00 | 250.00 | 250.00 | 319,604.64 |
|  | <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
|  | Barrick, Switzer, Long, Balsley & Van Evera | Admin Ch. 7 | 250.00 | 250.00 | 0.00 | 250.00 | 250.00 | 319,354.64 |
|  | <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
|  | Barrick, Switzer, Long, Balsley & Van Evera | Admin Ch. 7 | 250.00 | 250.00 | 0.00 | 250.00 | 250.00 | 319,104.64 |
|  | <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
|  | Barrick, Switzer, Long, Balsley & Van Evera | Admin Ch. 7 | 250.00 | 250.00 | 0.00 | 250.00 | 250.00 | 318,854.64 |
|  | <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
|  | Barrick, Switzer, Long, Balsley & Van Evera | Admin Ch. 7 | 39,772.50 | 39,772.50 | 0.00 | 39,772.50 | 39,772.50 | 279,082.14 |
|  | <3110-00 Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
|  | STEPHEN G. BALSLEY | Admin Ch. 7 | 18,584.28 | 18,584.28 | 0.00 | 18,584.28 | 18,584.28 | 260,497.86 |
|  | <2100-00 Trustee Compensation> | | | | | | | |
| 12P | James Shelton Zoiopoulos | Priority | 345,000.00 * | 0.00 | 0.00 | 0.00 | 0.00 | 260,497.86 |
| 1 | Rinella & Rinella, Ltd. | Unsecured | 6,133.39 * | 0.00 | 0.00 | 0.00 | 0.00 | 260,497.86 |
| 1 -2 | Rinella & Rinella, Ltd. | Unsecured | 6,133.39 | 6,133.39 | 0.00 | 6,133.39 | 6,133.39 | 254,364.47 |
| 2 | Fred M. Levin, M.D. | Unsecured | 2,450.00 | 2,450.00 | 0.00 | 2,450.00 | 2,450.00 | 251,914.47 |
| 3 | Medi-Data Service, Ltd. | Unsecured | 1,144.07 | 1,144.07 | 0.00 | 1,144.07 | 1,144.07 | 250,770.40 |
| 4 | Chase Bank USA, N.A. | Unsecured | 7,426.87 | 7,426.87 | 0.00 | 7,426.87 | 7,426.87 | 243,343.53 |
| 5 | PYOD LLC its successors and assigns as assignee of | Unsecured | 27,931.06 | 27,931.06 | 0.00 | 27,931.06 | 27,931.06 | 215,412.47 |
| 6 | Fred M. Levin, M.D. | Unsecured | 2,450.00 * | 0.00 | 0.00 | 0.00 | 0.00 | 215,412.47 |
| 7 | Katherine Uphoff, Ph.D. | Unsecured | 1,194.00 | 1,194.00 | 0.00 | 1,194.00 | 1,194.00 | 214,218.47 |
| 8 | American Express Centurion Bank | Unsecured | 8,009.58 | 8,009.58 | 0.00 | 8,009.58 | 8,009.58 | 206,208.89 |
| 9 | PYOD LLC its successors and assigns as assignee of | Unsecured | 6,253.24 | 6,253.24 | 0.00 | 6,253.24 | 6,253.24 | 199,955.65 |
| 10 | BMW Bank of North America | Unsecured | 3,991.74 | 3,991.74 | 0.00 | 3,991.74 | 3,991.74 | 195,963.91 |

(*) Denotes objection to Amount Filed

# Claims Proposed Distribution

### Case: 09-73371   ZOIOPOULOS, LYNN Y

**Case Balance:** $320,116.27     **Total Proposed Payment:** $320,116.27     **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 11 | Lester Lloyd Barclay | Unsecured | 16,000.00 | 16,000.00 | 0.00 | 16,000.00 | 16,000.00 | 179,963.91 |
| 12U | James Shelton Zoiopoulos | Unsecured | 25,000.00 | 45,000.00 | 0.00 | 45,000.00 | 45,000.00 | 134,963.91 |
| 13 | Jerry S Goldberg ESQ | Unsecured | 5,734.00 * | 0.00 | 0.00 | 0.00 | 0.00 | 134,963.91 |
| 14 | Brandi N. Pratt | Unsecured | 19,500.00 | 19,500.00 | 0.00 | 19,500.00 | 19,500.00 | 115,463.91 |
| 15 | Kaveh Zamanian | Unsecured | 1,350.00 | 1,350.00 | 0.00 | 1,350.00 | 1,350.00 | 114,113.91 |
| 16 | CitiFinancial, Inc | Unsecured | 11,567.87 | 11,567.87 | 0.00 | 11,567.87 | 11,567.87 | 102,546.04 |
| 1I-2 | Rinella & Rinella, Ltd. | Unsecured | 70.48 | 70.48 | 0.00 | 70.48 | 70.48 | 102,475.56 |
| 2I | Fred M. Levin, M.D. | Unsecured | 28.15 | 28.15 | 0.00 | 28.15 | 28.15 | 102,447.41 |
| 3I | Medi-Data Service, Ltd. | Unsecured | 13.15 | 13.15 | 0.00 | 13.15 | 13.15 | 102,434.26 |
| 4I | Chase Bank USA, N.A. | Unsecured | 85.35 | 85.35 | 0.00 | 85.35 | 85.35 | 102,348.91 |
| 5I | PYOD LLC its successors and assigns as assignee of | Unsecured | 320.97 | 320.97 | 0.00 | 320.97 | 320.97 | 102,027.94 |
| 7I | Katherine Uphoff, Ph.D. | Unsecured | 13.72 | 13.72 | 0.00 | 13.72 | 13.72 | 102,014.22 |
| 8I | American Express Centurion Bank | Unsecured | 92.04 | 92.04 | 0.00 | 92.04 | 92.04 | 101,922.18 |
| 9I | PYOD LLC its successors and assigns as assignee of | Unsecured | 71.86 | 71.86 | 0.00 | 71.86 | 71.86 | 101,850.32 |
| 10I | BMW Bank of North America | Unsecured | 45.87 | 45.87 | 0.00 | 45.87 | 45.87 | 101,804.45 |
| 11I | Lester Lloyd Barclay | Unsecured | 183.86 | 183.86 | 0.00 | 183.86 | 183.86 | 101,620.59 |
| 14I | Brandi N. Pratt | Unsecured | 224.08 | 224.08 | 0.00 | 224.08 | 224.08 | 101,396.51 |
| 15I | Kaveh Zamanian | Unsecured | 15.51 | 15.51 | 0.00 | 15.51 | 15.51 | 101,381.00 |
| 16I | CitiFinancial, Inc | Unsecured | 132.93 | 132.93 | 0.00 | 132.93 | 132.93 | 101,248.07 |
| 12UI | James Shelton Zoiopoulos | Unsecured | 517.12 | 517.12 | 0.00 | 517.12 | 517.12 | 100,730.95 |
| SURPLUS | ZOIOPOULOS, LYNN Y | Unsecured | 100,730.95 | 100,730.95 | 0.00 | 100,730.95 | 100,730.95 | 0.00 |
| | **Total for Case 09-73371 :** | | **$1,004,433.66** | **$320,116.27** | **$0.00** | **$320,116.27** | **$320,116.27** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $59,618.41 | $59,618.41 | $0.00 | $59,618.41 | 100.000000% |
| **Total Priority Claims :** | $345,000.00 | $0.00 | $0.00 | $0.00 | 0.000000% |
| **Total Secured Claims :** | $345,000.00 | $0.00 | $0.00 | $0.00 | 0.000000% |
| **Total Unsecured Claims :** | $254,815.25 | $260,497.86 | $0.00 | $260,497.86 | 100.000000% |

(*) Denotes objection to Amount Filed

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-73371
Case Name: ZOIOPOULOS, LYNN Y
Trustee Name: STEPHEN G. BALSLEY

**Balance on hand:**  $       320,116.27

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 12S | James Shelton Zoiopoulos | 345,000.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:  $       0.00
Remaining balance:  $       320,116.27

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 18,584.28 | 0.00 | 18,584.28 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 39,772.50 | 0.00 | 39,772.50 |
| Attorney for Trustee, Expenses - Barrick, Switzer, Long, Balsley & Van Evera | 1,261.63 | 0.00 | 1,261.63 |

Total to be paid for chapter 7 administration expenses:  $       59,618.41
Remaining balance:  $       260,497.86

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $       0.00
Remaining balance:  $       260,497.86

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 12P | James Shelton Zoiopoulos | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 260,497.86 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 146,383.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Rinella & Rinella, Ltd. | 0.00 | 0.00 | 0.00 |
| 1 -2 | Rinella & Rinella, Ltd. | 6,133.39 | 0.00 | 6,133.39 |
| 2 | Fred M. Levin, M.D. | 2,450.00 | 0.00 | 2,450.00 |
| 3 | Medi-Data Service, Ltd. | 1,144.07 | 0.00 | 1,144.07 |
| 4 | Chase Bank USA, N.A. | 7,426.87 | 0.00 | 7,426.87 |
| 5 | PYOD LLC its successors and assigns as assignee of | 27,931.06 | 0.00 | 27,931.06 |
| 6 | Fred M. Levin, M.D. | 0.00 | 0.00 | 0.00 |
| 7 | Katherine Uphoff, Ph.D. | 1,194.00 | 0.00 | 1,194.00 |
| 8 | American Express Centurion Bank | 8,009.58 | 0.00 | 8,009.58 |
| 9 | PYOD LLC its successors and assigns as assignee of | 6,253.24 | 0.00 | 6,253.24 |
| 10 | BMW Bank of North America | 3,991.74 | 0.00 | 3,991.74 |
| 11 | Lester Lloyd Barclay | 16,000.00 | 0.00 | 16,000.00 |
| 12U | James Shelton Zoiopoulos | 45,000.00 | 0.00 | 45,000.00 |
| 13 | Jerry S Goldberg ESQ | 0.00 | 0.00 | 0.00 |
| 14 | Brandi N. Pratt | 19,500.00 | 0.00 | 19,500.00 |
| 15 | Kaveh Zamanian | 1,350.00 | 0.00 | 1,350.00 |

| | |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 146,383.95 |
| Remaining balance: | $ 114,113.91 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 11,567.87 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 16 | CitiFinancial, Inc | 11,567.87 | 0.00 | 11,567.87 |

Total to be paid for tardy general unsecured claims: $ 11,567.87
Remaining balance: $ 102,546.04

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 102,546.04

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.5% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $1,815.09. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 100,730.95.

**UST Form 101-7-TFR (05/1/2011)**