# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: ZOIOPOULOS, LYNN Y | § Case No. 09-73371 |
|  | § |
| AKA SHELTON-ZOI, LYNN | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Room 110
Rockford, IL  61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 01:00PM on 12/07/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Room 115
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date: / /    By:    /s/ STEPHEN G. BALSLEY
                                                   Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: ZOIOPOULOS, LYNN Y | § | Case No. 09-73371 |
| | § | |
| AKA SHELTON-ZOI, LYNN | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 407,416.51 |
| *and approved disbursements of* | $ 87,300.24 |
| *leaving a balance on hand of* [1] | $ 320,116.27 |
| **Balance on hand:** | $ 320,116.27 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 12S | James Shelton Zoiopoulos | 345,000.00 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 320,116.27 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 18,584.28 | 0.00 | 18,584.28 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 39,772.50 | 0.00 | 39,772.50 |
| Attorney for Trustee, Expenses - Barrick, Switzer, Long, Balsley & Van Evera | 1,261.63 | 0.00 | 1,261.63 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 59,618.41 |
| Remaining balance: | $ 260,497.86 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|   |   |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $           0.00 |
| Remaining balance: | $     260,497.86 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 12P | James Shelton Zoiopoulos | 0.00 | 0.00 | 0.00 |

|   |   |
|---|---|
| Total to be paid for priority claims: | $           0.00 |
| Remaining balance: | $     260,497.86 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 146,383.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Rinella & Rinella, Ltd. | 0.00 | 0.00 | 0.00 |
| 1 -2 | Rinella & Rinella, Ltd. | 6,133.39 | 0.00 | 6,133.39 |
| 2 | Fred M. Levin, M.D. | 2,450.00 | 0.00 | 2,450.00 |
| 3 | Medi-Data Service, Ltd. | 1,144.07 | 0.00 | 1,144.07 |
| 4 | Chase Bank USA, N.A. | 7,426.87 | 0.00 | 7,426.87 |
| 5 | PYOD LLC its successors and assigns as assignee of | 27,931.06 | 0.00 | 27,931.06 |
| 6 | Fred M. Levin, M.D. | 0.00 | 0.00 | 0.00 |
| 7 | Katherine Uphoff, Ph.D. | 1,194.00 | 0.00 | 1,194.00 |
| 8 | American Express Centurion Bank | 8,009.58 | 0.00 | 8,009.58 |
| 9 | PYOD LLC its successors and assigns as | 6,253.24 | 0.00 | 6,253.24 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | assignee of | | | |
| 10 | BMW Bank of North America | 3,991.74 | 0.00 | 3,991.74 |
| 11 | Lester Lloyd Barclay | 16,000.00 | 0.00 | 16,000.00 |
| 12U | James Shelton Zoiopoulos | 45,000.00 | 0.00 | 45,000.00 |
| 13 | Jerry S Goldberg ESQ | 0.00 | 0.00 | 0.00 |
| 14 | Brandi N. Pratt | 19,500.00 | 0.00 | 19,500.00 |
| 15 | Kaveh Zamanian | 1,350.00 | 0.00 | 1,350.00 |

Total to be paid for timely general unsecured claims: $ 146,383.95
Remaining balance: $ 114,113.91

Tardily filed claims of general (unsecured) creditors totaling $ 11,567.87 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 16 | CitiFinancial, Inc | 11,567.87 | 0.00 | 11,567.87 |

Total to be paid for tardy general unsecured claims: $ 11,567.87
Remaining balance: $ 102,546.04

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 102,546.04

**UST Form 101-7-NFR (10/1/2010)**

     To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.5% pursuant to 11 U.S.C. § 726(a)(5).  Funds available for interest are $1,815.09.  The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

     The amount of surplus returned to the debtor after payment of all claims and interest is $ 100,730.95.

     Prepared By: /s/STEPHEN G. BALSLEY
                  Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 09-73371-MB
Lynn Y Zoiopoulos                                                     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: lorsmith           Page 1 of 3            Date Rcvd: Nov 16, 2011
                              Form ID: pdf006          Total Noticed: 70

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2011.
```
db         #+Lynn Y Zoiopoulos,   6526 Spring Brook Road, #207,   Rockford, IL 61114-8129
14295958   +AT&T,   PO Box 8100,   Aurora, IL 60507-8100
14295955   +Adamski & Conti,   100 N. LaSalle Street, Suite 1720,   Chicago, IL 60602-8800
14295956   +Alliance Life Insurance Company,   of North America,   PO Box 360259,   Pittsburgh, PA 15250-6259
14295957   +American Express,   PO Box 0001,   Los Angeles, CA 90096-8000
14639198    American Express Centurion Bank,   POB 3001,   Malvern, PA 19355-0701
14690191   +BMW Bank of North America,   P O Box 23356,   Pittsburgh, PA 15222-6356
14295964   +BMW Card Services,   PO Box 5612,   Hicksville, NY 11802-5612
14295965   +BMW Financial Services,   PO Box 78066,   Phoenix, AZ 85062-8066
14295960   +Bank of America,   940 N. Michigan Avenue,   Chicago, IL 60611-4515
14295961   +Baytree Leasing Company,   PO Box 51781,   Los Angeles, CA 90051-6081
14295962   +Beerman Swerdlove, LLP,   161 N. Clark Street, Suite 2600,   Chicago, IL 60601-3297
14952873   +Bernard M. Kirsner Ltd,   400 E Randolph St #2021,   Chicago, IL 60601-5067
14295966   +Bradford Systems Corporation,   430 Country Club Drive,   Bensenville, IL 60106-1507
14295967   +Brandi N. Pratt,   30 N. LaSalle Street, Suite 1210,   Chicago, IL 60602-3364
14295968   +Cardio Dynamics,   6175 Nancy Ridge Drive, #300,   San Diego, CA 92121-3291
14295969   +Cardio Services, Ltd.,   1120 Woodbury Lane, Unit A-1,   Wheeling, IL 60090-2371
14295970   +Cardiology Consultants,   150 E. Huron, Suite 801,   Chicago, IL 60611-2912
14295971   +Central Van & Storage,   595 Meadowlands Blvd.,   Washington, PA 15301-8958
14596003    Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
14295972   +Chase Bank USA, N.A.,   PO Box 15153,   Wilmington, DE 19886-5153
14295973   +Citi,   68 E. Oak Street,   Chicago, IL 60611-1299
14295974   +Citi Bank,   Business Banking,   PO Box 9241,   Uniondale, NY 11555-9241
14295975   +Citi Business Platinum Select Card,   PO Box 688901,   Des Moines, IA 50368-8901
14295976   +Citi Cards,   PO Box 688901,   Des Moines, IA 50368-8901
14295977   +Citi Financial,   PO Box 140069,   Irving, TX 75014-0069
14295978   +Citi Flex Line,   PO Box 6248,   Sioux Falls, SD 57117-6248
15434050    CitiFinancial, Inc,   P.O. Box 140489,   Irving, TX 75014-0489
14295979   +Citicard,   PO Box 688909,   Des Moines, IA 50368-8909
14295980   +Citicard,   PO Box 688910,   Des Moines, IA 50368-8910
14952874   +City of Chicago,   Dept of Business Affairs,   121 N LaSalle St Rm 800,   Chicago, IL 60602-1237
14295982   +Conduits Online Customer Usage,   Northwestern Univ. Information Tech,
             1800 Sherman Avenue, #206,   Evanston, IL 60201-3785
14295983   +Data Integrity Computer Systems,   566 W. Adams St., Suite LL-1,   Chicago, IL 60661-5795
14295984   +Draper & Kramer,   50 E. Bellevue Condominium,   PO Box 66089,   Chicago, IL 60666-0089
14295986   +Fred M. Levin, M.D.,   111 N. Wabash Avenue, Suite 1022,   Chicago, IL 60602-3132
14295987   +Garcia Rosenberg & Associates,   c/o ICS Collection Service,   PO Box 1010,
             Tinley Park, IL 60477-9110
14295988   +Hinckley Springs,   PO Box 660579,   Dallas, TX 75266-0579
15137878   +Ikon Office Solutions,   Recovery & B ankruptcy Group,   3920 Arkwright Road, Suite 400,
             Macan, GA 31210-1748
14295989   +Ikon Office Solutions, Inc.,   PO Box 802815,   Chicago, IL 60680-2815
14724378   +James Shelton Zoiopoulos,   333 W. North Avenue #128,   Chicago, Il 60610-1293
14729876   +Jerry S Goldberg ESQ,   Mammas/Goldberg,   211 West Wacker Drive,   Suite 1100,
             Chicago, IL 60606-1331
14295991   #+Katherine Uphoff, Ph.D.,   35 E. Wacker Drive, Suite 1350,   Chicago, IL 60601-2123
14295993    +Lester L. Barclay,   Barclay, Dixon & Smith, PC,   39 S. LaSalle Street, Suite 900,
             Chicago, IL 60603-1733
14693649   +Lester Lloyd Barclay,   39 S LaSalle Street #900,   Chicago IL 60603-1733
14295994   +Lipoiscience,   75 Remittance Drive, Suite 6601,   Chicago, IL 60675-6601
14295995   +Lucy D. Freund, Ph.D.,   233 E. Wacker Drive, Suite 1309,   Chicago, IL 60601-5108
14295997   +McKesson Medical Surgical,   PO Box 933027,   Atlanta, GA 31193-3027
14295998  +++Medi-Data Service, Ltd.,   1730 Park Street, Suite 101,   Naperville, IL 60563-1254
14295999   +Metro Restoring,   2886 Industrial Blvd.,   Bethel Park, PA 15102-3050
14296000   +Mortgage Service Center,   475 Cross Point Parkway,   Getzville, NY 14068-1609
14296001   +National City,   PO Box 856176,   Louisville, KY 40285-6176
14296002   +Pace,   PO Box 9001020,   Louisville, KY 40290-1020
14296003   +Patterson Office Supplies,   27101 Network Place,   Chicago, IL 60673-1271
14296005   +Physician Sales & Services,   300-2 Airport Road,   Elgin, IL 60123-1600
14296006   +Pronto Connections, Inc.,   820 Orleans, Suite 300,   Chicago, IL 60610-3137
14296007   +Quest Diagnostics,   PO Box 12989,   Chicago, IL 60693-0001
14296009   +RMS,   55 Shuman Road,   PO Box 3099,   Naperville, IL 60566-7099
14296008   +Rinella & Rinella, Ltd.,   1 N. LaSalle Street, Suite 3400,   Chicago, IL 60602-4018
14296010   +Rosenfeld Hafron Shapiro & Farmer,   221 N. LaSalle Street,   Chicago, IL 60601-1461
14296011   +Sikich, LLP,   998 Corporate Blvd.,   Aurora, IL 60502-9102
14296012   #+Stericycle, Inc.,   PO Box 9001588,   Louisville, KY 40290-1588
14296013   +U.S. Equities Asset Management,   Agent for 150 E. Huron,   PO Box 87618, Dept. 4380,
             Chicago, IL 60680-0618
14296014   +United Mileage Plus,   PO Box 15298,   Wilmington, DE 19850-5298
14296015   +Visa Business Card,   PO Box 15710,   Wilmington, DE 19886-5710
14296016   +Wells Fargo Business Line,   Payment Remittance Center,   PO Box 54349,
             Los Angeles, CA 90054-0349
```

```
District/off: 0752-3          User: lorsmith           Page 2 of 3            Date Rcvd: Nov 16, 2011
                              Form ID: pdf006          Total Noticed: 70
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14295981     +E-mail/Text: legalcollections@comed.com Nov 17 2011 02:15:09    ComEd,   Bill Payment Center,
              Chicago, IL 60668-0001
14295996     +E-mail/Text: LJELINEK@LYNNMED.COM Nov 17 2011 02:16:08    Lynn Medical,   Department 77045,
              PO Box 7700,   Detroit, MI 48277-0001
14727674     +E-mail/Text: radzilowsky@gmail.com Nov 17 2011 02:16:14    Michael Radzilowski,
              (James Shelton Zoiopolos),   123 W Madison #1500,   Chicago, IL 60602-4612
14597666     +E-mail/Text: resurgentbknotifications@resurgent.com Nov 17 2011 02:13:38
              PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
              PO Box 19008,   Greenville, SC 29602-9008
14296004     +E-mail/Text: pwebb@paychex.com Nov 17 2011 02:16:15    Paychex,   1000 E. Warrenville Road,
              Naperville, IL 60563-3574
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14724412       James Shelton-Zoiopolos
14295959     ##+Bank of America,   PO Box 15184,   Wilmington, DE 19850-5184
14295963     ##+Best Buy,   PO Box 15521,   Wilmington, DE 19850-5521
14295985     ##+Estate of Martha Yenko,   c/o Lynn Zoiopoulos,   6526 Spring Brook Road, #207,
              Rockford, IL 61114-8129
14295990     ##+James Shelton Zoiopoulos,   50 E. Bellevue, #1805,   Chicago, IL 60611-6118
14295992     ##+Kaveh Zamanian,   405 N. Wabash Avenue, Suite 4507,   Chicago, IL 60611-5688
                                                                                 TOTALS: 1, * 0, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 18, 2011**          **Signature:**        _Joseph Speetjens_

```
District/off: 0752-3          User: lorsmith              Page 3 of 3                  Date Rcvd: Nov 16, 2011
                              Form ID: pdf006             Total Noticed: 70
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2011 at the address(es) listed below:

```
          Kimberly A Bacher    on behalf of Defendant   Allianz Life Insurance Company of North America
           kbacher@shawgussis.com
          Lester A Ottenheimer, III    on behalf of Defendant   Lynn Y. Zoiopoulos, Executor of the Estate of
           Frank Yenko lottenheimer@otrlaw.com,  nfishkin@otrlaw.com
          Lydia Y Siu    on behalf of Creditor   Dollar Bank Servicing Center lsiu@atty-pierce.com,
           northerndistrict@atty-pierce.com
          Michael  Radzilowsky    on behalf of Defendant James Shelton-Zoiopoulos mike@radzilowsky.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Roxanne B Jackson    on behalf of Debtor Lynn Zoiopoulos roxannejackson@aol.com
          Stephen G Balsley    on behalf of Plaintiff   Stephen Balsley, Trustee sbalsley@bslbv.com
          Stephen G Balsley    sbalsley@bslbv.com,  IL47@ecfcbis.com
                                                                                               TOTAL: 8
```