**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| In re: ZOIOPOULOS, LYNN Y | § | Case No. 09-73371 |
| | § | |
| AKA SHELTON-ZOI, LYNN | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $443,860.75 *(without deducting any secured claims)* | Assets Exempt: $32,550.00 |
| Total Distribution to Claimants: $167,083.84 | Claims Discharged Without Payment: $406,844.84 |
| Total Expenses of Administration: $139,601.72 | |

3) Total gross receipts of $ 407,416.51 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 100,730.95 (see **Exhibit 2**), yielded net receipts of $306,685.56 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $831,286.16 | $352,316.93 | $7,316.93 | $7,316.93 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 139,601.72 | 139,601.72 | 139,601.72 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 345,000.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 521,447.86 | 154,084.30 | 159,766.91 | 159,766.91 |
| **TOTAL DISBURSEMENTS** | $1,352,734.02 | $991,002.95 | $306,685.56 | $306,685.56 |

    4) This case was originally filed under Chapter 7 on August 11, 2009. The case was pending for 35 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/19/2012     By: /s/STEPHEN G. BALSLEY
                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 50 East Bellevue, Chicago, IL | 1110-000 | 172,284.37 |
| Allianz annuity | 1229-000 | 235,000.00 |
| Interest Income | 1270-000 | 132.14 |
| **TOTAL GROSS RECEIPTS** | | **$407,416.51** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ZOIOPOULOS, LYNN Y | Dividend paid 100.00% on $100,730.95; Claim# SURPLUS; Filed: $100,730.95; Reference: | 8200-000 | 100,730.95 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$100,730.95** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12S | James Shelton Zoiopoulos | 4110-000 | N/A | 345,000.00 | 0.00 | 0.00 |
| NOTFILED | Bank of America | 4110-000 | 361,562.45 | N/A | N/A | 0.00 |
| NOTFILED | Estate of Martha Yenko c/o Lynn Zoiopoulos | 4110-000 | 200,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Metro Restoring | 4110-000 | 2,600.00 | N/A | N/A | 0.00 |
| NOTFILED | Estate of Martha Yenko c/o Lynn Zoiopoulos | 4110-000 | 200,000.00 | N/A | N/A | 0.00 |
| NOTFILED | BMW Financial Services | 4110-000 | 21,123.71 | N/A | N/A | 0.00 |
| NOTFILED | Draper & Kramer | 4110-000 | 8,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Mortgage Service Center | 4110-000 | 38,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| James D. Shelton-Zoiopoulos | 4110-000 | N/A | 3,303.88 | 3,303.88 | 3,303.88 |
| James D. Shelton-Zoiopoulos | 4110-000 | N/A | 2,873.31 | 2,873.31 | 2,873.31 |
| James D. Shelton-Zoiopoulos | 4110-000 | N/A | 351.00 | 351.00 | 351.00 |
| James D. Shelton-Zoiopoulos | 4110-000 | N/A | 788.74 | 788.74 | 788.74 |
| **TOTAL SECURED CLAIMS** | | $831,286.16 | $352,316.93 | $7,316.93 | $7,316.93 |

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 18,584.28 | 18,584.28 | 18,584.28 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 39,772.50 | 39,772.50 | 39,772.50 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3120-000 | N/A | 11.63 | 11.63 | 11.63 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3120-000 | N/A | 250.00 | 250.00 | 250.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3120-000 | N/A | 250.00 | 250.00 | 250.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3120-000 | N/A | 250.00 | 250.00 | 250.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3120-000 | N/A | 250.00 | 250.00 | 250.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3120-000 | N/A | 250.00 | 250.00 | 250.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 161.27 | 161.27 | 161.27 |
| Griffin, McCarthy & Rice, LLP | 3991-000 | N/A | 60,000.00 | 60,000.00 | 60,000.00 |
| Attorney Scott Tzinberg | 3991-000 | N/A | 5,000.00 | 5,000.00 | 5,000.00 |
| Attorney Jerry S. Goldberg | 3991-000 | N/A | 5,734.00 | 5,734.00 | 5,734.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 111.62 | 111.62 | 111.62 |
| The Bank of New York Mellon | 2600-000 | N/A | 150.27 | 150.27 | 150.27 |
| James D. Shelton-Zoiopoulos | 2500-000 | N/A | 4,561.20 | 4,561.20 | 4,561.20 |
| James D. Shelton-Zoiopoulos | 2420-000 | N/A | 551.02 | 551.02 | 551.02 |
| James D. Shelton-Zoiopoulos | 2820-000 | N/A | 550.24 | 550.24 | 550.24 |
| James D. Shelton-Zoiopoulos | 2820-000 | N/A | 64.65 | 64.65 | 64.65 |
| James D. Shelton-Zoiopoulos | 2420-000 | N/A | 2,364.14 | 2,364.14 | 2,364.14 |
| The Bank of New York Mellon | 2600-000 | N/A | 46.06 | 46.06 | 46.06 |
| The Bank of New York Mellon | 2600-000 | N/A | 688.84 | 688.84 | 688.84 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $139,601.72 | $139,601.72 | $139,601.72 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12P | James Shelton Zoiopoulos | 5800-000 | N/A | 345,000.00 | 0.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $345,000.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Rinella & Rinella, Ltd. | 7100-000 | N/A | 6,133.39 | 0.00 | 0.00 |
| 1 -2 | Rinella & Rinella, Ltd. | 7100-000 | 6,509.48 | 6,133.39 | 6,133.39 | 6,133.39 |
| 1I-2 | Rinella & Rinella, Ltd. | 7990-000 | N/A | 70.48 | 70.48 | 70.48 |
| 2 | Fred M. Levin, M.D. | 7100-000 | 2,450.00 | 2,450.00 | 2,450.00 | 2,450.00 |
| 2I | Fred M. Levin, M.D. | 7990-000 | N/A | 28.15 | 28.15 | 28.15 |
| 3 | Medi-Data Service, Ltd. | 7100-000 | 1,000.00 | 1,144.07 | 1,144.07 | 1,144.07 |
| 3I | Medi-Data Service, Ltd. | 7990-000 | N/A | 13.15 | 13.15 | 13.15 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 6,988.00 | 7,426.87 | 7,426.87 | 7,426.87 |
| 4I | Chase Bank USA, N.A. | 7990-000 | N/A | 85.35 | 85.35 | 85.35 |
| 5 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 21,085.04 | 27,931.06 | 27,931.06 | 27,931.06 |
| 5I | PYOD LLC its successors and assigns as assignee of | 7990-000 | N/A | 320.97 | 320.97 | 320.97 |
| 6 | Fred M. Levin, M.D. | 7100-000 | N/A | 2,450.00 | 0.00 | 0.00 |
| 7 | Katherine Uphoff, Ph.D. | 7100-000 | 1,166.40 | 1,194.00 | 1,194.00 | 1,194.00 |
| 7I | Katherine Uphoff, Ph.D. | 7990-000 | N/A | 13.72 | 13.72 | 13.72 |
| 8 | American Express Centurion Bank | 7100-000 | 13,979.93 | 8,009.58 | 8,009.58 | 8,009.58 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 8I | American Express Centurion Bank | 7990-000 | N/A | 92.04 | 92.04 | 92.04 |
| 9 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 6,416.24 | 6,253.24 | 6,253.24 | 6,253.24 |
| 9I | PYOD LLC its successors and assigns as assignee of | 7990-000 | N/A | 71.86 | 71.86 | 71.86 |
| 10 | BMW Bank of North America | 7100-000 | 3,151.58 | 3,991.74 | 3,991.74 | 3,991.74 |
| 10I | BMW Bank of North America | 7990-000 | N/A | 45.87 | 45.87 | 45.87 |
| 11 | Lester Lloyd Barclay | 7100-000 | 16,000.00 | 16,000.00 | 16,000.00 | 16,000.00 |
| 11I | Lester Lloyd Barclay | 7990-000 | N/A | 183.86 | 183.86 | 183.86 |
| 12U | James Shelton Zoiopoulos | 7100-000 | N/A | 25,000.00 | 45,000.00 | 45,000.00 |
| 13 | Jerry S Goldberg ESQ | 7100-000 | N/A | 5,734.00 | 0.00 | 0.00 |
| 14 | Brandi N. Pratt | 7100-000 | 20,000.00 | 19,500.00 | 19,500.00 | 19,500.00 |
| 14I | Brandi N. Pratt | 7990-000 | N/A | 224.08 | 224.08 | 224.08 |
| 15 | Kaveh Zamanian | 7100-000 | 1,350.00 | 1,350.00 | 1,350.00 | 1,350.00 |
| 15I | Kaveh Zamanian | 7990-000 | N/A | 15.51 | 15.51 | 15.51 |
| 16 | CitiFinancial, Inc | 7200-000 | 14,506.35 | 11,567.87 | 11,567.87 | 11,567.87 |
| 16I | CitiFinancial, Inc. - CitiFinancial, Inc | 7990-001 | N/A | 132.93 | 132.93 | 132.93 |
| 12UI | James Shelton Zoiopoulos | 7990-000 | N/A | 517.12 | 517.12 | 517.12 |
| NOTFILED | Draper & Kramer | 7100-000 | 4,266.25 | N/A | N/A | 0.00 |
| NOTFILED | Conduits Online Customer Usage Northwestern Univ. | 7100-000 | 110.38 | N/A | N/A | 0.00 |
| NOTFILED | Data Integrity Computer Systems | 7100-000 | 791.25 | N/A | N/A | 0.00 |
| NOTFILED | Garcia Rosenberg & Associates c/o ICS | 7100-000 | 164.00 | N/A | N/A | 0.00 |
| NOTFILED | Hinckley Springs | 7100-000 | 27.04 | N/A | N/A | 0.00 |
| NOTFILED | Ikon Office Solutions, Inc. | 7100-000 | 634.47 | N/A | N/A | 0.00 |
| NOTFILED | ComEd Bill Payment Center | 7100-000 | 143.06 | N/A | N/A | 0.00 |
| NOTFILED | Lucy D. Freund, Ph.D. | 7100-000 | 930.00 | N/A | N/A | 0.00 |
| NOTFILED | Liposcience | 7100-000 | 1,050.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi Flex Line | 7100-000 | 11,729.11 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank USA, N.A. | 7100-000 | 13,137.00 | N/A | N/A | 0.00 |
| NOTFILED | Cardio Services, Ltd. | 7100-000 | 140.00 | N/A | N/A | 0.00 |
| NOTFILED | Central Van & Storage | 7100-000 | 66.53 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank USA, N.A. | 7100-000 | 13,998.24 | N/A | N/A | 0.00 |
| NOTFILED | Citi | 7100-000 | 12,265.07 | N/A | N/A | 0.00 |
| NOTFILED | Lynn Medical | 7100-000 | 1,542.24 | N/A | N/A | 0.00 |
| NOTFILED | Citi Bank Business Banking | 7100-000 | 76,343.21 | N/A | N/A | 0.00 |
| NOTFILED | Citi Business Platinum Select Card | 7100-000 | 43,880.64 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Citicard | 7100-000 | 11,924.76 | N/A | N/A | 0.00 |
| NOTFILED | National City | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | United Mileage Plus | 7100-000 | 5,893.69 | N/A | N/A | 0.00 |
| NOTFILED | Stericycle, Inc. | 7100-000 | 562.26 | N/A | N/A | 0.00 |
| NOTFILED | U.S. Equities Asset Management | 7100-000 | 8,780.13 | N/A | N/A | 0.00 |
| NOTFILED | Visa Business Card | 7100-000 | 20,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Business Line Payment Remittance Center | 7100-000 | 58,393.41 | N/A | N/A | 0.00 |
| NOTFILED | Hope Yenko | 7100-000 | 27,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bernard M. Kirsner, Ltd. | 7100-000 | 1,700.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Chicago | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Sikich, LLP | 7100-000 | 1,283.19 | N/A | N/A | 0.00 |
| NOTFILED | Rosenfeld Hafron Shapiro & Farmer | 7100-000 | 743.75 | N/A | N/A | 0.00 |
| NOTFILED | Patterson Office Supplies | 7100-000 | 195.22 | N/A | N/A | 0.00 |
| NOTFILED | Cardio Dynamics | 7100-000 | 1,307.85 | N/A | N/A | 0.00 |
| NOTFILED | Pace | 7100-000 | 15,946.00 | N/A | N/A | 0.00 |
| NOTFILED | Paychex | 7100-000 | 48.50 | N/A | N/A | 0.00 |
| NOTFILED | Physician Sales & Services | 7100-000 | 2,037.49 | N/A | N/A | 0.00 |
| NOTFILED | RMS | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Pronto Connections, Inc. | 7100-000 | 1,047.75 | N/A | N/A | 0.00 |
| NOTFILED | Quest Diagnostics | 7100-000 | 4,977.03 | N/A | N/A | 0.00 |
| NOTFILED | McKesson Medical Surgical | 7100-000 | 778.47 | N/A | N/A | 0.00 |
| NOTFILED | Beerman Swerdlove, LLP | 7100-000 | 12,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bradford Systems Corporation | 7100-000 | 313.71 | N/A | N/A | 0.00 |
| NOTFILED | Best Buy | 7100-000 | 1,486.93 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 6,126.16 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 126.46 | N/A | N/A | 0.00 |
| NOTFILED | Baytree Leasing Company | 7100-000 | 5,356.26 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 27,730.40 | N/A | N/A | 0.00 |
| NOTFILED | Alliance Life Insurance Company of North America | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Adamski & Conti | 7100-000 | 4,766.93 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$521,447.86** | **$154,084.30** | **$159,766.91** | **$159,766.91** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-73371  
**Case Name:** ZOIOPOULOS, LYNN Y

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 08/11/09 (f)  
**§341(a) Meeting Date:** 09/16/09

**Period Ending:** 06/19/12

**Claims Bar Date:** 12/24/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  4700 Bingham Drive, Upper, Pennsylvania, 15241 | 120,000.00 | 0.00 | DA | 0.00 | FA |
| 2  50 East Bellevue, Chicago, IL | 385,000.00 | 0.00 |  | 172,284.37 | FA |
| 3  Cash | 100.00 | 0.00 | DA | 0.00 | FA |
| 4  Checking account - City Bank | 700.00 | 0.00 | DA | 0.00 | FA |
| 5  Checking account - Northern Trust | 100.00 | 0.00 | DA | 0.00 | FA |
| 6  Landlord | 3,750.00 | 0.00 | DA | 0.00 | FA |
| 7  Household goods and furnishings | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8  China | 350.00 | 0.00 | DA | 0.00 | FA |
| 9  Miscellaneous artwork (u)  Original scheduled value of $5,000.00.  Debtor amended schedules on 9/25/09. | 0.00 | 0.00 | DA | 0.00 | FA |
| 10  Clothing | 150.00 | 0.00 | DA | 0.00 | FA |
| 11  Furs and jewelry (u)  Original scheduled value of $1,200.00.  Debtor amended schedules on 9/25/09. | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 12  Digital camera | 150.00 | 0.00 | DA | 0.00 | FA |
| 13  Video camera | 150.00 | 0.00 | DA | 0.00 | FA |
| 14  IRA (u)  Original scheduled value of $27,000.00.  Debtor amended schedules on 9/25/09. | 23,000.00 | 0.00 | DA | 0.00 | FA |
| 15  2004 325 CSI BMW | 18,000.00 | 0.00 | DA | 0.00 | FA |
| 16  23 ft. Celebrity boat (1986) (1/2 interest) | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 17  Two Serigraphs by Erte (u)  Settled pursuant to Order to Compromise Controversy entered May 2, 2011. | 20,000.00 | 5,000.00 | DA | 0.00 | FA |
| 18  Disney Limited Edition print (u)  Settled pursuant to Order to Compromise Controversy entered May 2, 2011. | 600.00 | 600.00 | DA | 0.00 | FA |
| 19  Bronze sculpture by Erte (u)  Settled pursuant to Order to Compromise Controversy entered May 2, 2011. | 9,000.00 | 5,000.00 | DA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-73371  
**Case Name:** ZOIOPOULOS, LYNN Y  

**Period Ending:** 06/19/12

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 08/11/09 (f)  
**§341(a) Meeting Date:** 09/16/09  
**Claims Bar Date:** 12/24/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 20 | Bronze sculpture by Erte (u)<br>    Settled pursant to Order to Compromise Controversy entered May 2, 2011. | 9,250.00 | 5,000.00 | DA | 0.00 | FA |
| 21 | One Serigraph by Erte "Byzantine" (u)<br>    Settled pursuant to Order to Compromise Controversy entered May 2, 2011. | 11,500.00 | 5,000.00 | DA | 0.00 | FA |
| 22 | Jim Buckles Serigraphs (u)<br>    Settled pursuant to Order to Compromise Controversy entered May 2, 2011. | 20,000.00 | 5,000.00 | DA | 0.00 | FA |
| 23 | Antique Samari sword (u)<br>    Settled pursuant to Order to Compromise Controversy entered May 2, 2011. | Unknown | 10,000.00 | DA | 0.00 | FA |
| 24 | Antique rifle and bayonette (u)<br>    Settled pursuant to Order to Compromise Controversy entered May 2, 2011. | Unknown | 500.00 | DA | 0.00 | FA |
| 25 | Allianz annuity (u)<br>    Settled pursuant to Order to Compromise Controversy entered May 2, 2011. | 608,550.68 | 300,000.00 | | 235,000.00 | FA |
| 26 | Potential cause of action against ex-husband (u) | 90,000.00 | 0.00 | DA | 0.00 | FA |
| 27 | Chicago Bellevue property (u)<br>    See Asset #2 (duplicate). | 31,942.25 | 0.00 | DA | 0.00 | FA |
| 28 | Pittsburgh property (u)<br>    See Asset #1 (duplicate). | 79,118.50 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 132.14 | FA |
| 29 | **Assets    Totals** (Excluding unknown values) | **$1,437,411.43** | **$336,100.00** | | **$407,416.51** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    June 30, 2011          **Current Projected Date Of Final Report (TFR):**    October 24, 2011  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-73371 | | Trustee: | STEPHEN G. BALSLEY (330410) |
| Case Name: | ZOIOPOULOS, LYNN Y | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****25-65 - Money Market Account |
| Taxpayer ID #: | **-***9748 | | Blanket Bond: | $296,000.00 (per case limit) |
| Period Ending: | 06/19/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/02/09 | {2} | Ticor Title Insurance | Proceeds from sale of Bellevue property | 1110-000 | 172,284.37 | | 172,284.37 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 5.85 | | 172,290.22 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 7.26 | | 172,297.48 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 7.26 | | 172,304.74 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 6.79 | | 172,311.53 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 6.56 | | 172,318.09 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 7.73 | | 172,325.82 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 1.17 | | 172,326.99 |
| 04/06/10 | | Wire out to BNYM account 9200******2565 | Wire out to BNYM account 9200******2565 | 9999-000 | -172,326.99 | | 0.00 |

| | | ACCOUNT TOTALS | 0.00 | 0.00 | $0.00 |
|---|---|---|---|---|---|
| | | Less: Bank Transfers | -172,326.99 | 0.00 | |
| | | **Subtotal** | **172,326.99** | **0.00** | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | **NET Receipts / Disbursements** | **$172,326.99** | **$0.00** | |

{} Asset reference(s)   Printed: 06/19/2012 02:24 PM   V.13.02

Exhibit 9

Page: 2

## Form 2
### Cash Receipts And Disbursements Record

**Case Number:** 09-73371  
**Case Name:** ZOIOPOULOS, LYNN Y  
**Taxpayer ID #:** **-***9748  
**Period Ending:** 06/19/12  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******25-65 - Money Market Account  
**Blanket Bond:** $296,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********2565 | Wire in from JPMorgan Chase Bank, N.A. account ********2565 | 9999-000 | 172,326.99 | | 172,326.99 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 8.26 | | 172,335.25 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 10.24 | | 172,345.49 |
| 06/07/10 | 11001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/07/2010 FOR CASE #09-73371 | 2300-000 | | 161.27 | 172,184.22 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 9.91 | | 172,194.13 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 10.24 | | 172,204.37 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 10.23 | | 172,214.60 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.24 | | 172,218.84 |
| 10/08/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 0.99 | | 172,219.83 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.39 | | 172,223.22 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.24 | | 172,227.46 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.38 | | 172,231.84 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.38 | | 172,236.22 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.96 | | 172,240.18 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.38 | | 172,244.56 |
| 04/11/11 | 11002 | Griffin, McCarthy & Rice, LLP | Distribution payment pursuant to Order for Summary Judgment | 3991-000 | | 60,000.00 | 112,244.56 |
| 04/11/11 | 11003 | Attorney Scott Tzinberg | Distribution payment pursuant to Order for Summary Judgment | 3991-000 | | 5,000.00 | 107,244.56 |
| 04/11/11 | 11004 | Attorney Jerry S. Goldberg | Distribution payment pursuant to Order for Summary Judgment | 3991-000 | | 5,734.00 | 101,510.56 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.52 | | 101,514.08 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.58 | | 101,516.66 |
| 05/31/11 | 11005 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #09-73371 | 2300-000 | | 111.62 | 101,405.04 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.83 | | 101,405.87 |
| 07/26/11 | {25} | Allianz Life Insurance Company of North America | Settlement proceeds re: Annuity | 1229-000 | 235,000.00 | | 336,405.87 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.18 | | 336,407.05 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 150.27 | 336,256.78 |
| 08/29/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 2.57 | | 336,259.35 |
| 08/29/11 | | To Account #9200******2566 | Transfer funds from MMA to Checking Account | 9999-000 | | 336,259.35 | 0.00 |
| 08/29/11 | 11006 | James D. Shelton-Zoiopoulos | Pittsburg property escrow funds distribution pursuant to Order for Summary Judgment | 2500-000 | | 4,561.20 | -4,561.20 |

Subtotals: $407,416.51    $411,977.71

{} Asset reference(s)

Printed: 06/19/2012 02:24 PM    V.13.02

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-73371  
**Case Name:** ZOIOPOULOS, LYNN Y  
**Taxpayer ID #:** **-***9748  
**Period Ending:** 06/19/12  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******25-65 - Money Market Account  
**Blanket Bond:** $296,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | entered January 3, 2011<br>Voided on 08/29/11 | | | | |
| 08/29/11 | 11006 | James D. Shelton-Zoiopoulos | Pittsburg property escrow funds distribution pursuant to Order for Summary Judgment entered January 3, 2011<br>Voided: check issued on 08/29/11 | 2500-000 | | -4,561.20 | 0.00 |
| 08/29/11 | 11007 | James D. Shelton-Zoiopoulos | Credit Line No. 3068 distribution pursuant to Order for Summary Judgment entered January 3, 2011<br>Voided on 08/29/11 | 4110-000 | | 3,303.88 | -3,303.88 |
| 08/29/11 | 11007 | James D. Shelton-Zoiopoulos | Credit Line No. 3068 distribution pursuant to Order for Summary Judgment entered January 3, 2011<br>Voided: check issued on 08/29/11 | 4110-000 | | -3,303.88 | 0.00 |
| 08/29/11 | 11008 | James D. Shelton-Zoiopoulos | Credit Line No. 5391 distribution pursuant to Order for Summary Judgment entered January 3, 2011<br>Voided on 08/29/11 | 4110-000 | | 2,873.31 | -2,873.31 |
| 08/29/11 | 11008 | James D. Shelton-Zoiopoulos | Credit Line No. 5391 distribution pursuant to Order for Summary Judgment entered January 3, 2011<br>Voided: check issued on 08/29/11 | 4110-000 | | -2,873.31 | 0.00 |
| 08/29/11 | 11009 | James D. Shelton-Zoiopoulos | PA property utilities and insurance expenses distribution pursuant to Order for Summary Judgment entered January 3, 2011<br>Voided on 08/29/11 | 2420-000 | | 551.02 | -551.02 |
| 08/29/11 | 11009 | James D. Shelton-Zoiopoulos | PA property utilities and insurance expenses distribution pursuant to Order for Summary Judgment entered January 3, 2011<br>Voided: check issued on 08/29/11 | 2420-000 | | -551.02 | 0.00 |
| 08/29/11 | 11010 | James D. Shelton-Zoiopoulos | School tax distribution pursuant to Order for Summary Judgment entered January 3, 2011<br>Voided on 08/29/11 | 2820-000 | | 550.24 | -550.24 |
| 08/29/11 | 11010 | James D. Shelton-Zoiopoulos | School tax distribution pursuant to Order for Summary Judgment entered January 3, 2011<br>Voided: check issued on 08/29/11 | 2820-000 | | -550.24 | 0.00 |
| 08/29/11 | 11011 | James D. Shelton-Zoiopoulos | Township tax distribution pursuant to Order for Summary Judgment entered January 3, 2011<br>Voided on 08/29/11 | 2820-000 | | 64.65 | -64.65 |
| 08/29/11 | 11011 | James D. Shelton-Zoiopoulos | Township tax distribution pursuant to Order for | 2820-000 | | -64.65 | 0.00 |

Subtotals :  $0.00   $-4,561.20

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 09-73371  
**Case Name:** ZOIOPOULOS, LYNN Y

**Taxpayer ID #:** **-***9748  
**Period Ending:** 06/19/12

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******25-65 - Money Market Account  
**Blanket Bond:** $296,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Summary Judgment entered January 3, 2011<br>Voided: check issued on 08/29/11 | | | | |
| | | | **ACCOUNT TOTALS** | | 407,416.51 | 407,416.51 | $0.00 |
| | | | Less: Bank Transfers | | 172,326.99 | 336,259.35 | |
| | | | **Subtotal** | | 235,089.52 | 71,157.16 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$235,089.52** | **$71,157.16** | |

{} Asset reference(s)

Printed: 06/19/2012 02:24 PM    V.13.02

Exhibit 9

## Form 2
### Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 09-73371  
**Case Name:** ZOIOPOULOS, LYNN Y  

**Taxpayer ID #:** **-***9748  
**Period Ending:** 06/19/12  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******25-66 - Checking Account  
**Blanket Bond:** $296,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | 5 T-Code | 6 Receipts $ | 7 Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/29/11 | | From Account #9200******2565 | Transfer funds from MMA to Checking Account | 9999-000 | 336,259.35 | | 336,259.35 |
| 08/29/11 | 101 | James D. Shelton-Zoiopoulos | Pittsburg property escrow funds distribution pursuant to Order for Summary Judgment entered January 3, 2011 | 2500-000 | | 4,561.20 | 331,698.15 |
| 08/29/11 | 102 | James D. Shelton-Zoiopoulos | Credit Line No. 3068 distribution pursuant to Order for Summary Judgment entered January 3, 2011 | 4110-000 | | 3,303.88 | 328,394.27 |
| 08/29/11 | 103 | James D. Shelton-Zoiopoulos | Credit Line No. 5391 distribution pursuant to Order for Summary Judgment entered January 3, 2011 | 4110-000 | | 2,873.31 | 325,520.96 |
| 08/29/11 | 104 | James D. Shelton-Zoiopoulos | PA property utilities and insurance expenses distribution pursuant to Order for Summary Judgment entered January 3, 2011 | 2420-000 | | 551.02 | 324,969.94 |
| 08/29/11 | 105 | James D. Shelton-Zoiopoulos | School tax distribution pursuant to Order for Summary Judgment entered January 3, 2011 | 2820-000 | | 550.24 | 324,419.70 |
| 08/29/11 | 106 | James D. Shelton-Zoiopoulos | Township tax distribution pursuant to Order for Summary Judgment entered January 3, 2011 | 2820-000 | | 64.65 | 324,355.05 |
| 08/29/11 | 107 | James D. Shelton-Zoiopoulos | Pittsburg assessment Judgment distribution pursuant to Order for Summary Judgment entered January 3, 2011 | 4110-000 | | 351.00 | 324,004.05 |
| 08/29/11 | 108 | James D. Shelton-Zoiopoulos | Pittsburgh property mortgage distribution pursuant to Order for Summary Judgment entered January 3, 2011 | 4110-000 | | 788.74 | 323,215.31 |
| 08/29/11 | 109 | James D. Shelton-Zoiopoulos | Metro Restoration distribution pursuant to Order for Summary Judgment entered January 3, 2011 | 2420-000 | | 2,364.14 | 320,851.17 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 46.06 | 320,805.11 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 688.84 | 320,116.27 |
| 12/07/11 | 110 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $11.63, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 11.63 | 320,104.64 |
| 12/07/11 | 111 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $250.00, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 250.00 | 319,854.64 |
| 12/07/11 | 112 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $250.00, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 250.00 | 319,604.64 |
| 12/07/11 | 113 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $250.00, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 250.00 | 319,354.64 |

Subtotals : $336,259.35   $16,904.71

{} Asset reference(s)

Printed: 06/19/2012 02:24 PM    V.13.02

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

**Case Number:** 09-73371  
**Case Name:** ZOIOPOULOS, LYNN Y  
**Taxpayer ID #:** **-***9748  
**Period Ending:** 06/19/12

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******25-66 - Checking Account  
**Blanket Bond:** $296,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/07/11 | 114 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $250.00, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 250.00 | 319,104.64 |
| 12/07/11 | 115 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $250.00, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 250.00 | 318,854.64 |
| 12/07/11 | 116 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $39,772.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 39,772.50 | 279,082.14 |
| 12/07/11 | 117 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $18,584.28, Trustee Compensation; Reference: | 2100-000 | | 18,584.28 | 260,497.86 |
| 12/07/11 | 118 | Rinella & Rinella, Ltd. | Dividend paid 100.00% on $6,133.39; Claim# 1 -2; Filed: $6,133.39; Reference: | 7100-000 | | 6,133.39 | 254,364.47 |
| 12/07/11 | 119 | Fred M. Levin, M.D. | Dividend paid 100.00% on $2,450.00; Claim# 2; Filed: $2,450.00; Reference: | 7100-000 | | 2,450.00 | 251,914.47 |
| 12/07/11 | 120 | Medi-Data Service, Ltd. | Dividend paid 100.00% on $1,144.07; Claim# 3; Filed: $1,144.07; Reference: | 7100-000 | | 1,144.07 | 250,770.40 |
| 12/07/11 | 121 | Chase Bank USA, N.A. | Dividend paid 100.00% on $7,426.87; Claim# 4; Filed: $7,426.87; Reference: | 7100-000 | | 7,426.87 | 243,343.53 |
| 12/07/11 | 122 | PYOD LLC its successors and assigns as assignee of | Dividend paid 100.00% on $27,931.06; Claim# 5; Filed: $27,931.06; Reference: | 7100-000 | | 27,931.06 | 215,412.47 |
| 12/07/11 | 123 | Katherine Uphoff, Ph.D. | Dividend paid 100.00% on $1,194.00; Claim# 7; Filed: $1,194.00; Reference: | 7100-000 | | 1,194.00 | 214,218.47 |
| 12/07/11 | 124 | American Express Centurion Bank | Dividend paid 100.00% on $8,009.58; Claim# 8; Filed: $8,009.58; Reference: | 7100-000 | | 8,009.58 | 206,208.89 |
| 12/07/11 | 125 | PYOD LLC its successors and assigns as assignee of | Dividend paid 100.00% on $6,253.24; Claim# 9; Filed: $6,253.24; Reference: | 7100-000 | | 6,253.24 | 199,955.65 |
| 12/07/11 | 126 | BMW Bank of North America | Dividend paid 100.00% on $3,991.74; Claim# 10; Filed: $3,991.74; Reference: | 7100-000 | | 3,991.74 | 195,963.91 |
| 12/07/11 | 127 | Lester Lloyd Barclay | Dividend paid 100.00% on $16,000.00; Claim# 11; Filed: $16,000.00; Reference: | 7100-000 | | 16,000.00 | 179,963.91 |
| 12/07/11 | 128 | James Shelton Zoiopoulos | Dividend paid 100.00% on $45,000.00; Claim# 12U; Filed: $25,000.00; Reference: | 7100-000 | | 45,000.00 | 134,963.91 |
| 12/07/11 | 129 | Brandi N. Pratt | Dividend paid 100.00% on $19,500.00; Claim# 14; Filed: $19,500.00; Reference: | 7100-000 | | 19,500.00 | 115,463.91 |
| 12/07/11 | 130 | Kaveh Zamanian | Dividend paid 100.00% on $1,350.00; Claim# 15; Filed: $1,350.00; Reference: | 7100-000 | | 1,350.00 | 114,113.91 |
| 12/07/11 | 131 | CitiFinancial, Inc | Dividend paid 100.00% on $11,567.87; Claim# 16; Filed: $11,567.87; Reference: | 7200-000 | | 11,567.87 | 102,546.04 |

Subtotals :   $0.00   $216,808.60

{} Asset reference(s)

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 7

| Case Number: | 09-73371 | | Trustee: | STEPHEN G. BALSLEY (330410) |
| --- | --- | --- | --- | --- |
| Case Name: | ZOIOPOULOS, LYNN Y | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******25-66 - Checking Account |
| Taxpayer ID #: | **-***9748 | | Blanket Bond: | $296,000.00 (per case limit) |
| Period Ending: | 06/19/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/07/11 | 132 | Rinella & Rinella, Ltd. | Dividend paid 100.00% on $70.48; Claim# 1I-2; Filed: $70.48; Reference: | 7990-000 | | 70.48 | 102,475.56 |
| 12/07/11 | 133 | Fred M. Levin, M.D. | Dividend paid 100.00% on $28.15; Claim# 2I; Filed: $28.15; Reference: | 7990-000 | | 28.15 | 102,447.41 |
| 12/07/11 | 134 | Medi-Data Service, Ltd. | Dividend paid 100.00% on $13.15; Claim# 3I; Filed: $13.15; Reference: | 7990-000 | | 13.15 | 102,434.26 |
| 12/07/11 | 135 | Chase Bank USA, N.A. | Dividend paid 100.00% on $85.35; Claim# 4I; Filed: $85.35; Reference: | 7990-000 | | 85.35 | 102,348.91 |
| 12/07/11 | 136 | PYOD LLC its successors and assigns as assignee of | Dividend paid 100.00% on $320.97; Claim# 5I; Filed: $320.97; Reference: | 7990-000 | | 320.97 | 102,027.94 |
| 12/07/11 | 137 | Katherine Uphoff, Ph.D. | Dividend paid 100.00% on $13.72; Claim# 7I; Filed: $13.72; Reference: | 7990-000 | | 13.72 | 102,014.22 |
| 12/07/11 | 138 | American Express Centurion Bank | Dividend paid 100.00% on $92.04; Claim# 8I; Filed: $92.04; Reference: | 7990-000 | | 92.04 | 101,922.18 |
| 12/07/11 | 139 | PYOD LLC its successors and assigns as assignee of | Dividend paid 100.00% on $71.86; Claim# 9I; Filed: $71.86; Reference: | 7990-000 | | 71.86 | 101,850.32 |
| 12/07/11 | 140 | BMW Bank of North America | Dividend paid 100.00% on $45.87; Claim# 10I; Filed: $45.87; Reference: | 7990-000 | | 45.87 | 101,804.45 |
| 12/07/11 | 141 | Lester Lloyd Barclay | Dividend paid 100.00% on $183.86; Claim# 11I; Filed: $183.86; Reference: | 7990-000 | | 183.86 | 101,620.59 |
| 12/07/11 | 142 | Brandi N. Pratt | Dividend paid 100.00% on $224.08; Claim# 14I; Filed: $224.08; Reference: | 7990-000 | | 224.08 | 101,396.51 |
| 12/07/11 | 143 | Kaveh Zamanian | Dividend paid 100.00% on $15.51; Claim# 15I; Filed: $15.51; Reference: | 7990-000 | | 15.51 | 101,381.00 |
| 12/07/11 | 144 | CitiFinancial, Inc | Dividend paid 100.00% on $132.93; Claim# 16I; Filed: $132.93; Reference: Stopped on 03/08/12 | 7990-000 | | 132.93 | 101,248.07 |
| 12/07/11 | 145 | James Shelton Zoiopoulos | Dividend paid 100.00% on $517.12; Claim# 12UI; Filed: $517.12; Reference: | 7990-000 | | 517.12 | 100,730.95 |
| 12/07/11 | 146 | ZOIOPOULOS, LYNN Y | Dividend paid 100.00% on $100,730.95; Claim# SURPLUS; Filed: $100,730.95; Reference: | 8200-000 | | 100,730.95 | 0.00 |
| 03/08/12 | 144 | CitiFinancial, Inc | Dividend paid 100.00% on $132.93; Claim# 16I; Filed: $132.93; Reference: Stopped: check issued on 12/07/11 | 7990-000 | | -132.93 | 132.93 |
| 03/08/12 | 147 | CitiFinancial, Inc. | REISSUED CHECK FROM STALE CHECK PROCESSING | 7990-001 | | 132.93 | 0.00 |

Subtotals :    $0.00    $102,546.04

{} Asset reference(s)    Printed: 06/19/2012 02:24 PM    V.13.02

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 8

**Case Number:** 09-73371
**Case Name:** ZOIOPOULOS, LYNN Y

**Taxpayer ID #:** **-***9748
**Period Ending:** 06/19/12

**Trustee:** STEPHEN G. BALSLEY (330410)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******25-66 - Checking Account
**Blanket Bond:** $296,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 336,259.35 | 336,259.35 | $0.00 |
| | | | Less: Bank Transfers | | 336,259.35 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 336,259.35 | |
| | | | Less: Payments to Debtors | | | 100,730.95 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $235,528.40 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****25-65** | 172,326.99 | 0.00 | 0.00 |
| **MMA # 9200-******25-65** | 235,089.52 | 71,157.16 | 0.00 |
| **Checking # 9200-******25-66** | 0.00 | 235,528.40 | 0.00 |
| | $407,416.51 | $306,685.56 | $0.00 |